EXHIBIT "A"

HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY         NJ  07306

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (201) 217-5144
COURT HOURS 8:30 AM – 4:30 PM

                DATE:   MARCH 21, 2017
                RE:     GUTIERREZ VS LAND AIR EXPRESS NE LTD ET AL
                DOCKET: HUD L -001140 17

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 2

    DISCOVERY IS  300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST

    THE PRETRIAL JUDGE ASSIGNED IS: HON JOSEPH V. ISABELLA

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    001
AT: (201) 795-6114

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.

                ATTENTION:
                        ATT: MICHAEL C. KAZER
                        MICHAEL C. KAZER, P.C.
                        26 WASHBURN ST
                        JERSEY CITY        NJ 07306

ECOURTS

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.:
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| Field | Value |
|---|---|
| ATTORNEY / PRO SE NAME | Michael C. Kazer |
| TELEPHONE NUMBER | (201) 792-9766 |
| COUNTY OF VENUE | HUDSON |
| FIRM NAME | Michael C. Kazer, P.C. |
| DOCKET NUMBER | L-1416-17 |
| OFFICE ADDRESS | 69 Washburn Street, Jersey City, NJ 07306 |
| DOCUMENT TYPE | Complaint |
| JURY DEMAND | ☒ YES ☐ NO |
| NAME OF PARTY | Victor Gutierrez (Plaintiff) |
| CAPTION | Victor Gutierrez vs. Land Air Express NE, LTD, et al |
| CASE TYPE NUMBER | 603 N |
| HURRICANE SANDY RELATED? | ☐ YES ☒ NO |
| IS THIS A PROFESSIONAL MALPRACTICE CASE? | ☐ YES ☒ NO |

IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

RELATED CASES PENDING? ☐ YES ☒ NO
IF YES, LIST DOCKET NUMBERS

DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ☒ NO

NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known): ☐ NONE ☐ UNKNOWN

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ☒ NO
IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL ☐ FRIEND/NEIGHBOR ☐ BUSINESS ☐ OTHER (explain)

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☒ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ☒ NO
IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION

WILL AN INTERPRETER BE NEEDED? ☒ YES ☐ NO
IF YES, FOR WHAT LANGUAGE? Spanish

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]*

Effective 12-07-2015, CN 10517-English

AW

**MICHAEL C. KAZER, ESQUIRE**
69 Washburn Street
Jersey City, New Jersey 07306
(201) 792-9766
Attorney ID# 013551976
Attorney for Plaintiff(s)

**FILED**
CUSTOMER SERVICE TEAM

MAR 1 6 2017

SUPERIOR COURT OF NEW JERSEY
COUNTY OF HUDSON
CIVIL DIVISION #4

---

**PLAINTIFF(s)**

VICTOR GUTIERREZ and MARTA AGURTO his wife

vs.

**DEFENDANT(s)**

LAND AIR EXPRESS, NE, LTD; ERIC J. FOSTER and FARMERS INSURANCE COMPANY

: SUPERIOR COURT OF NEW JERSEY
: HUDSON COUNTY: LAW DIVISION
: DOCKET NO: HUD-L-1496-17
:
: **CIVIL ACTION**
:
:
: **COMPLAINT AND JURY DEMAND**
: **AND DEMAND FOR ANSWERS**
: **INTERROGATORIES**

---

Plaintiff(s), **VICTOR GUTIERREZ and MARTA AGURTO**, residing at 516 Paterson Plank Road, Apt 2F, City of Jersey City, County of Hudson and State of New Jersey, by way of complaint, say:

### FIRST COUNT

1. On April 14, 2015, and at all times hereinafter mentioned, plaintiff, **VICTOR GUTIERREZ,** was the operator of a motor vehicle travelling West on Rt. 120 North/ Paterson Plank Rd, City of Carlstadt, County of Bergen and State of New Jersey.

2. On the aforementioned date and time, the defendant, **ERIC J. FOSTER** was the operator of a vehicle owned by defendant **LAND AIR EXPRESS, NE LTD**, which was traveling East on Rt. 120 South/ Paterson Plank Rd, City of Carlstadt, County of Bergen and State of New Jersey and making a left turn onto Gotham Parkway.

1

3. On the aforementioned date the defendant, **ERIC J. FOSTER** was operating within the scope of his employment.

4. The defendants did so carelessly and negligently operate their motor vehicle herein so as to cause the collision to occur.

5. As a direct and proximate result of the negligence of the defendants, as aforesaid, the plaintiff, **VICTOR GUTIERREZ** has sustained severe personal injuries, have and will be caused to sustain great pain and suffering, have been and will be caused to expend large sums of money in an effort to cure themselves of their injuries, have been and will be deprived of attending to their usual occupation, to their great loss and damage.

**WHEREFORE**, Plaintiff(s), **VICTOR GUTIERREZ** demands judgment against the defendants for damages together with interest and costs of suit.

## SECOND COUNT

1. The Plaintiff, **MARTA AGURTO** repeats each and every allegation of the First Count as if same were set forth herein at length.

2. On the aforementioned date and place, the plaintiff, **MARTA AGURTO**, was and still is the wife of the plaintiff **VICTOR GUTIERREZ** and as such is entitled to his services, society, companionship and attention, and by reason of the injuries sustained by plaintiff. **VICTOR GUTIERREZ**, this plaintiff, was deprived of his services, society and companionship and was and will be obliged to provide for his medical care and attention.

2

WHEREFORE, plaintiff, **MARTA AGURTO** demands judgment on this count against the defendants, for damages together with interest and cost of suit.

### THIRD COUNT

1. Plaintiff, **VICTOR GUTIERREZ** individually repeat each and every allegation of the First Count as if set forth herein at length.

2. At said time and place, there existed PIP coverage in plaintiff's household.

3. On the aforesaid date, **VICTOR GUTIERREZ**, was insured for personal injury protection coverage by defendant **FARMERS INSURANCE COMPANY** under Policy No.: 192189816, Claim No.: 3003138757#1-2.

4. Plaintiff **VICTOR GUTIERREZ** gave notice to the defendant, **FARMERS INSURANCE COMPANY** of the accident aforesaid, and of the personal injuries sustained therein, and made claim for payment of the personal injury protection benefits afforded by the policy aforesaid, and required to be maintained by the statute in such cases made and provided.

6. The defendant, **FARMERS INSURANCE COMPANY** may not have honored all claims of the plaintiff herein for payment of Personnel Injury Protection Benefits.

WHEREFORE, plaintiff, **VICTOR GUTIERREZ** demands judgment against the defendant for Personal Injury Protection Benefits, attorney's fees together with interest and costs of suit.

*[signature]*

MICHAEL C. KAZER
ATTORNEY FOR PLAINTIFF(s)

Dated: March 16, 2017

### JURY DEMAND

Plaintiffs hereby demand a trial by jury as to all issues herein.

### DESIGNATION OF TRIAL COUNSEL

Pursuant to R.4:25-4, MICHAEL C. KAZER, ESQUIRE, has been designated Trial Counsel in the above captioned matter.

*[signature]*

MICHAEL C. KAZER
ATTORNEY FOR PLAINTIFF(s)

Dated: March 16, 2017

### DEMAND FOR ANSWERS TO INTERROGATORIES

The plaintiff(s) demands answers from the defendant(s) to Form C and C (1) Interrogatories, in accordance with the Rules of the Court.

Law Office of MICHAEL C. KAZER

BY: *[signature]*

MICHAEL C. KAZER
Attorney(s) for Plaintiff(s)

Dated: March 16, 2017

4

## CERTIFICATION

MICHAEL C. KAZER, Attorney at Law, admitted to practice before the Courts of the State of New Jersey, hereby certifies as follows:

1. I am the attorney handling the case of the plaintiff in the above captioned matter.

2. To the best of my knowledge, information and belief, this matter is not the subject of any other pending action in any other Court or any pending Arbitration proceeding.

3. This matter is eligible for Arbitration pursuant to the Arbitration rules.

I hereby certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
MICHAEL C. KAZER

Dated: March 16, 2017

5