LSK&D #: 630-0035 / 4814-9320-2285
UNITED STATES DISTRICT COURT
FOR THE DISRICT OF NEW JERSEY

------------------------------------------------------------x

VICTOR GUTIERREZ and MARTA AGURTO his wife

                                  Plaintiffs,

                -against-

LAND AIR EXPRESS,NE,LTD; ERIC J. FOSTER and FARMERS INSURANCE COMPANY

                                  Defendants.

------------------------------------------------------------x

Docket No.:
2:17-cv -7886- ES-SCM

**STIPULATION OF DISMISSAL**

The undersigned counsel for all parties stipulate that the Second Count of the Complaint instituted by plaintiff, MARTA AGURTO, for the loss of consortium and services cause of action, is hereby dismissed with prejudice.

Dated:      New York, New York
              July 9, 2018

MICHAEL C. KAZER, ESQUIRE

*[signature]*

Michael C. Kazer
Attorneys for Plaintiffs
VICTOR GUTIERREZ
and MARTA AGURTO his wife
69 Washburn Street
Jersey City, New Jersey 07306
(201) 792-9766

LESTER SCHWAB KATZ & DWYER, LLP

*[signature]*

Robyn J. Leader
Attorneys for Defendants
LAND AIR EXPRESS OF NEW ENGLAND LTD.
s/h/a LAND AIR EXPRESS,NE,LTD and ERIC J. FOSTER
100 Wall Street
New York, New York 10005
(212) 964-6611