LSK&D #: 630-0035 / 4836-4910-9356

UNITED STATES DISTRICT COURT
FOR THE DISRICT OF NEW JERSEY

------------------------------------------------------------x

VICTOR GUTIERREZ and MARTA AGURTO his wife

         Plaintiffs,

-against-

LAND AIR EXPRESS,NE,LTD; ERIC J. FOSTER and FARMERS INSURANCE COMPANY

         Defendants.

------------------------------------------------------------x

Docket No.:
2:17-cv -7886- ES-SCM

**STIPULATION AND ORDER OF DISMISSAL**

The undersigned counsel for all parties stipulate that this action is dismissed with prejudice and without costs or attorneys' fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:    New York, New York
      July 4, 2018

MICHAEL C. KAZER, ESQUIRE

_/s/ Michael C. Kazer_
Michael C. Kazer,
Attorneys for Plaintiffs
VICTOR GUTIERREZ
and MARTA AGURTO his wife
69 Washburn Street
Jersey City, New Jersey 07306
(201) 792-9766

LESTER SCHWAB KATZ & DWYER, LLP

_/s/ Robyn J. Leader_
Robyn J. Leader
Attorneys for Defendants
LAND AIR EXPRESS OF NEW ENGLAND LTD.
s/h/a LAND AIR EXPRESS,NE,LTD and ERIC J. FOSTER
100 Wall Street
New York, New York 10005
(212) 964-6611

SO ORDERED: _/s/ Esther Salas_

ESTHER SALAS, U.S.D.J

Dated: _8/15/2018_